UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                             )<br>          Plaintiff                              )<br>                                                             )<br>v.                                                        )          CIVIL ACTION NO. 05-40059-FDS<br>                                                             )<br>JEFFREY DODGE and                      )<br>KIM E. DODGE                                 )<br>                                                             )<br>          Defendant                          )  | |

### ORDER AUTHORIZING MORTGAGE FORECLOSURE

Upon the attached affidavit of service of notice by the Farm Service Agency, and no person entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 having appeared to object to a foreclosure of the mortgage given by Jeffrey Dodge and Kim E. Dodge to the United States, acting through the Farmers Home Administration, which is dated May 3, 1996 and recorded in Book 17884 at Page 84 of the Worcester County Registry of Deeds,

IT IS ORDERED that the United States of America is authorized under the Soldiers' and Sailors' Civil Relief Act of 1941 to make an entry and to sell the mortgaged property in accordance with the powers contained in the mortgage.

Dated:                                                                    _____
                                                                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>JEFFREY DODGE and<br>KIM E. DODGE<br>Defendants | CIVIL ACTION NO. 05-40059 FDS |

## AFFIDAVIT OF SERVICE OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture:

(1) published a copy of each of the NOTICES in the Southbridge Evening News, a newspaper published in Southbridge, Massachusetts, on April 15, 2005, there being no newspaper published in the Town of Sturbridge, and the Southbridge Evening News having a general circulation in the Town of Sturbridge, Massachusetts.

(2) mailed by certified mail on April 13, 2005 a copy of each of the NOTICES to each of the defendants at the following address:

> Jeffrey Dodge
> 20 Finlay Road
> Sturbridge, MA  01566
>
> Kim E. Dodge
> 20 Finlay Road
> Sturbridge, MA  01566

(3) recorded a certified copy of the each of the NOTICES on April 29, 2005 in Book 36212, Page 12 and in Book 36212, Page 14 in the Worcester District Registry of Deeds.

*Jane A. Rice*
Jane A. Rice
Agriculture Specialist
Farm Service Agency

Sworn to and subscribed before me, a Notary Public, at Amherst, Massachusetts on May 2, 2005.

*Madeline L. Broadhurst*
Madeline L. Broadhurst
Notary Public

My commission expires November 3, 2006.

MADELINE L. BROADHURST
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov 3, 2006